| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br>    BRENDA M. DAUGHTRY | |



Order Filed on July 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  13-35303

Hearing Date:  07/06/2016

Judge:  ROSEMARY GAMBARDELLA

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: July 12, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  BRENDA M. DAUGHTRY

Case No.:  13-35303RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 07/06/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 7/6/2016 of the plan filed on 05/27/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 07/11/2016 or the case will be dismissed; and it is further

ORDERED, that Debtor must file certificate of service of modified plan by 7/11/16 or the case will be dismissed.; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

2