**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    BRENDA M. DAUGHTRY

Order Filed on July 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  13-35303**

**Hearing Date:  07/06/2016**

**Judge:  ROSEMARY GAMBARDELLA**

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: July 12, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  BRENDA M. DAUGHTRY

Case No.:  13-35303RG

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 07/06/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 7/6/2016 of the plan filed on 05/27/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 07/11/2016 or the case will be dismissed; and it is further

ORDERED, that Debtor must file certificate of service of modified plan by 7/11/16 or the case will be dismissed.; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 13-35303-RG
Brenda M. Daughtry                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jul 12, 2016
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db           +Brenda M. Daughtry,    671 Langdon Street,    Orange, NJ 07050-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
          Joshua I. Goldman    on behalf of Creditor    M&T BANK jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lynn Therese Nolan    on behalf of Creditor    Lakeview Loan Servicing, LLC and its servicing agent
           M&T Bank LNolan@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing, LLC and its servicing agent
           M&T Bank mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Robert H. Johnson    on behalf of Debtor Brenda M. Daughtry ecfmail@rhjlaw.com
                                                                                            TOTAL: 6