Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 13−35303−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda M. Daughtry
   671 Langdon Street
   Orange, NJ 07050

Social Security No.:
   xxx−xx−3796

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 24, 2014.

On 7/7/16 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                 August 17, 2016
Time:                09:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 13, 2016
JJW: smz

                                      James J. Waldron
                                      Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 13-35303-RG
   Brenda M. Daughtry                                            Chapter 13
                   Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Jul 13, 2016
                              Form ID: 185                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db            +Brenda M. Daughtry,    671 Langdon Street,    Orange, NJ 07050-1125
smg            U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
514458986     +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514365469     +APEX ASSET MANAGEMENT,    2501 Oregon Pike, Ste 102,    Lancaster, PA 17601-4890
514365468     +Anthony L. Cuppari,    98 Ford Road, Ste 3H,    Denville, NJ 07834-1356
514365470     +Barclays Bank Delaware,    PO Box 8603,    Wilmington, DE 19899
514365471    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital One,    PO Box 85520,    Richmond, VA   23285)
514523800     +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514530880     +Lakeview Loan Servicing, LLC,    M&T Bank,    Attn: Bev Inglalsbe,    1100 Wehrle Drive,
                Williamsville, NY 14221-7748
514365474     +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
514365475     +Quality Asset Recovery,    7 Foster Ave, Ste 101,    Gibbsboro, NJ 08026-1191
514365476     +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
514365477     +United Collecions Bureau,    5620 Southwyck Blvd, Ste 206,    Toledo, OH 43614-1501
514365478      Wells Fargo,    PO Box 660432,    Dallas, TX 75266
514457692      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2016 23:17:42     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514365472     +E-mail/Text: bankruptcy@icsystem.com Jul 13 2016 23:18:24     IC Systems,    PO Box 64378,
                Saint Paul, MN 55164-0378
514694774      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 13 2016 23:11:32
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514365473      E-mail/Text: camanagement@mtb.com Jul 13 2016 23:17:28     M & T Bank,    1 Fountain Plaza, Fl 4,
                Buffalo, NY   14203
514441021      E-mail/Text: ext_ebn_inbox@navyfederal.org Jul 13 2016 23:18:51     Navy Federal Credit Union,
                PO Box 3000,    Merrifield, VA 22119-3000
514654215      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2016 23:12:41
                Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
              Joshua I. Goldman    on behalf of Creditor    M&T BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Lakeview Loan Servicing, LLC and its servicing agent
               M&T Bank LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
```

Case 13-35303-RG    Doc 76    Filed 07/15/16    Entered 07/16/16 00:39:47    Desc Imaged
Certificate of Notice    Page 3 of 3

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jul 13, 2016
                              Form ID: 185             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michael E. Blaine    on behalf of Creditor   Lakeview Loan Servicing, LLC and its servicing agent M&T Bank mblaine@schillerknapp.com,
          tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Robert H. Johnson    on behalf of Debtor Brenda M. Daughtry ecfmail@rhjlaw.com
                                                                       TOTAL: 6