Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Brenda M. Daughtry

Case No.: _____13-35303_____

Judge: _____RG_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required ☒ Discharge Sought

☒ Motions Included ☐ Modified/No Notice Required ☐ No Discharge Sought

Date: _____2/22/17_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

## Part 1:    Payment and Length of Plan

a. The debtor shall pay $ _____530_____ per _____month_____ to the Chapter 13 Trustee, starting on _____March 1, 2017_____ for approximately _____17_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):
Any tax refunds in excess of $1500.00.

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:

Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:

Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:
The Debtor has paid $18,191 to date.

## Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Office of Chapter 13 Trustee Robert H. Johnson, LLC | Trustee Commissions Attorney Fees | TBD $500 *Subject to Fee Application and approval |

## Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M & T Bank | Mortgage | $7,294.72 | | $7,294.72 | $1,077.12 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Navy Federal Credit Union | 2009 Chevy Traverse | 30,224.01 | 12,491 | 0 | 12,491 | 0 | 12,491 |
| Wells Fargo | Home Windows | 9,133.15 | 0 | 0 | 0 | 0 | 0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

Navy Federal Credit Union - 2009 Chevy Traverse

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

4

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Wells Fargo | Home Windows | $9,133.15 |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Navy Federal Credit Union | 2009 Chevy Traverse | 12,491 | 17,733.01 |

## Part 8:    Other Plan Provisions

### a. Vesting of Property of the Estate

☒    Upon confirmation

☐    Upon discharge

### b.  Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Administrative

3) Secured

4) General Unsecured

### d.  Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____9/24/14_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Debtor entered into an Order with the Chapter 13 Trustee to cure post petition arrears by capitalizing the arrears in the Chapter 13 Plan. | The new Plan extends the time to account for the arrears added to the plan. |

| Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐  Yes     ☐  No |
|---|

| Part 10: | Sign Here |
|---|---|

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 2/21/17 _____

/s/ Robert H. Johnson _____
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 2/21/17 _____

/s/ Brenda M. Daughtry _____
Debtor

Date: _____

_____
Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-35303-RG
Brenda M. Daughtry                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 2          Date Rcvd: Feb 23, 2017
                            Form ID: pdf901       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db            +Brenda M. Daughtry,    671 Langdon Street,    Orange, NJ 07050-1125
514458986     +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514365469     +APEX ASSET MANAGEMENT,    2501 Oregon Pike, Ste 102,    Lancaster, PA 17601-4890
514365468     +Anthony L. Cuppari,    98 Ford Road, Ste 3H,    Denville, NJ 07834-1356
514365470     +Barclays Bank Delaware,    PO Box 8603,    Wilmington, DE 19899
514365471     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
514523800     +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514530880     +Lakeview Loan Servicing, LLC,    M&T Bank,    Attn: Bev Inglalsbe,    1100 Wehrle Drive,
                Williamsville, NY 14221-7748
514365474     +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
514365475     +Quality Asset Recovery,    7 Foster Ave, Ste 101,    Gibbsboro, NJ 08026-1191
514365476     +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
514365477     +United Collections Bureau,    5620 Southwyck Blvd, Ste 206,    Toledo, OH 43614-1501
514365478      Wells Fargo,    PO Box 660432,    Dallas, TX  75266
514457692      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2017 22:35:13    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2017 22:35:11    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514365472     +E-mail/Text: bankruptcy@icsystem.com Feb 23 2017 22:35:40    IC Systems,    PO Box 64378,
                Saint Paul, MN 55164-0378
514694774      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2017 22:36:40
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514365473      E-mail/Text: camanagement@mtb.com Feb 23 2017 22:34:58    M & T Bank,    1 Fountain Plaza, Fl 4,
                Buffalo, NY  14203
514441021      E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 23 2017 22:36:05    Navy Federal Credit Union,
                PO Box 3000,    Merrifield, VA 22119-3000
514654215      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2017 22:49:24
                Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
                                                                                        TOTAL: 7

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 23, 2017
                             Form ID: pdf901           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lynn Therese Nolan    on behalf of Creditor   Lakeview Loan Servicing, LLC and its servicing agent
                 M&T Bank LNolan@schillerknapp.com,
                 tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor   Lakeview Loan Servicing, LLC and its servicing agent
                 M&T Bank mblaine@schillerknapp.com,
                 tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Robert H. Johnson    on behalf of Debtor Brenda M. Daughtry ecfmail@rhjlaw.com
                                                                                    TOTAL: 7