UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Brenda M. Daughtry,

Case No.: _____13-35303_____

Chapter: 13

Judge: _____Gambardella_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert H. Johnson, LLC_____, the applicant, is allowed a fee of $ _____700_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____700_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*