Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−35303−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda M. Daughtry
   671 Langdon Street
   Orange, NJ 07050

Social Security No.:
   xxx−xx−3796

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/21/18 at 09:00 AM

to consider and act upon the following:

*101* − Certification in Opposition to Trustee's Certification of Default (related document:99 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/26/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Robert H. Johnson on behalf of Brenda M. Daughtry. (Johnson, Robert)

Dated: 2/23/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Brenda M. Daughtry  
      Debtor

Case No. 13-35303-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 23, 2018  
                  Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.  
db            +Brenda M. Daughtry,    671 Langdon Street,    Orange, NJ 07050-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joshua I. Goldman     on behalf of Creditor     M&T BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joshua I. Goldman     on behalf of Creditor     Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Lynn Therese Nolan     on behalf of Creditor     Lakeview Loan Servicing, LLC and its servicing agent M&T Bank LNolan@GrossPolowy.com,    jbommelje@grosspolowy.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Michael E. Blaine     on behalf of Creditor     Lakeview Loan Servicing, LLC and its servicing agent M&T Bank mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
           Richard James Tracy, III     on behalf of Creditor     Lakeview Loan Servicing, LLC and its servicing agent M&T Bank rtracy@schillerknapp.com,    tshariff@schillerknapp.com;kcollins@schillerknapp.com  
           Robert H. Johnson     on behalf of Debtor Brenda M. Daughtry ecfmail@rhjlaw.com, r43974@notify.bestcase.com  
                                                                                                                 TOTAL: 8