DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID. #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Lakeview Loan Servicing,
LLC by its servicing agent M&T Bank

In Re:

    BRENDA M. DAUGHTRY,

        Debtor.

**Order Filed on October 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  13-35303-RG

Hearing Date: October 17, 2018

Judge:  Hon. Rosemary Gambardella

Chapter:  13

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following page, numbered two (2) is hereby
**ORDERED.**

**DATED: October 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

10

**Page 2**
Debtor: **BRENDA M. DAUGHTRY**
Case No.: 13-35303-RG
Caption of Order:   **Order Vacating Automatic Stay**

---

Upon the motion of Creditor, Lakeview Loan Servicing, LLC by its servicing agent M&T Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **671 Langdon Street, Orange, NJ 07059-1125**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-35303-RG
Brenda M. Daughtry                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 23, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db              +Brenda M. Daughtry,    671 Langdon Street,    Orange, NJ 07050-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Lynn Therese Nolan    on behalf of Creditor    Lakeview Loan Servicing, LLC and its servicing agent
          M&T Bank ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing, LLC and its servicing agent
          M&T Bank
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
          p.com
          Richard James Tracy, III    on behalf of Creditor    Lakeview Loan Servicing, LLC and its servicing
          agent M&T Bank rtracy@schillerknapp.com,
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
          p.com
          Richard James Tracy, III    on behalf of Creditor    M&T BANK rtracy@schillerknapp.com,
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
          p.com
          Robert H. Johnson    on behalf of Debtor Brenda M. Daughtry ecfmail@rhjlaw.com,
          r43974@notify.bestcase.com
                                                                              TOTAL: 9